MATTEO KAPLAN and SAM ELIAS, Doing Business, etc., v. LINCOLN FIRE INSURANCE COMPANY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals or for a reargument and for a stay denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

MATTEO KAPLAN and SAM ELIAS, Doing Business, etc., v. GIRARD FIRE AND MARINE INSURANCE COMPANY.— Motion for leave to appeal to the Court of Appeals or for a reargument and for a stay denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

In the Matter of the Application for Letters of Administration in the Estate of DAVID BRENNER, Deceased.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

NEW YORK CLOTHING MANUFACTURERS' EXCHANGE, INC., and Others, v. TEXTILE FINISHERS ASSOCIATION, INC., and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. JOHN J. STIGLIN.— Motion for resettlement denied. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

THOMAS F. BARRETT v. NUMBER SEVEN FORTY-ONE FIFTH AVENUE CORPORATION, Impleaded with THE NEW YORK TRUST COMPANY.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. SAMUEL H. REIS (CHARLES ACKERMAN, Prisoner) v. WARDEN OF THE BRONX COUNTY JAIL OF THE CITY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals denied. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

STANDARD ACCIDENT INSURANCE COMPANY v. EUGENE A. VEIL.— Motion for leave to appeal to the Court of Appeals and for an extension of time to answer until ten days after entry of an order on determination by the Court of Appeals of such appeal denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

MEYER, CONNOR AND COMPANY v. UNITED FOUNDERS CORPORATION and Others, Impleaded with ALLIED GENERAL CORPORATION and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, O'Malley, Townley and Glennon, JJ.

DAVID WARSHAWSKY v. DOUGLAS L. WARD and MAYME A. WARD, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of the Application to Compel WILLIAM C. MURPHY and FREDERICK P. DE WITT to Appear, Testify and Produce Certain Books and Papers under Notice of Taking Depositions Issued in a Proceeding Pending in the Prerogative Court in the State of New Jersey, in the Matter of the Probate of the Alleged Will of EMMA C. BOLLES, Deceased.— Motion for leave to appeal to the Court of Appeals or for a reargument and for a stay denied, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.